UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re

                                         Chapter 11

      C2 MEDIA LLC, et al

                                         Case No. 10-10783 (reg)
                                         (Jointly administered)

                              Debtors
----------------------------------------------------------x

## **ORDER MODIFYING EMERGENCY TEMPORARY CASH COLLATERAL ORDER**

    C2 Media LLC, C2 Media, Inc., Keogh & Co., C2 Technology, Inc and C2 Media Canada Holdings LLC (the "Debtors" or "C2 Media"), the Debtors and Debtors in possession herein, by their proposed attorneys, Nutovic and Associates, having filed an Application To Modify Emergency Order Authorizing Debtors' Use Of Cash Collateral And Granting Adequate Protection dated February 22, 2010; a hearing to consider the relief requested having been held on February 23, 2010; notice of the hearing having been given to the United States Trustee and Bank of America (the "Bank"); counsel to the Debtors having represented that the Bank has no objection to the relief requested; and the Court having found that immediate and irreparable loss or damage will be caused to the estate if the relief requested is not granted;

    **IT IS HEREBY ORDERED,**:

    Paragraph 1 of this Court's Emergency Temporary Order Authorizing The Debtors' Use Of Cash Collateral Up To $200,000 And Granting Adequate Protection, dated February 22, 2010, is modified to read in its entirety as follows:

"1. Until March 5, 2010, the Debtors are authorized to use cash, which is allegedly the proceeds of collateral in which the Bank has an alleged security interest, in accordance with the Budget annexed as Exhibit A to this order (except for the payment of $100,000 in adequate protection to the Bank) and only for post petition expenses incurred in the ordinary course of the Debtors' business, unless otherwise ordered by this Court."

Dated: February 23, 2010,
      New York, New York

                                                *s/ Robert E. Gerber*
                                                UNITED STATES BANKRUPTCY JUDGE