UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:                                                   Chapter 11

     C2 MEDIA LLC, et al

                                                           Case No. 10-10783(reg)
                                                           (Jointly Administered)
                                     Debtors
-------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                  ) ss:
COUNTY OF NEW YORK  )

       Isaac Nutovic, being duly sworn, deposes and says:

       I am not a party to the action. I am over the age of eighteen years and reside in Brooklyn, New York.

       On March 23, 2010 I served a copy of the documents referenced below by causing true and correct copies of the same to be sent via the US Postal Service with postage prepaid thereon, to the parties listed on the annexed **Service List** .

 NOTICE OF DEBTORS' MOTION TO REJECT CERTAIN UNEXPIRED LEASES AND EXECUTORY AGREEMENTS PURSUANT TO SECTIONS 365(a) OF THE BANKRUPTCY CODE

                                                                   __s/ *IsaacNutovic*
                                                                   Isaac Nutovic, Esq.

Affirmed before me this 23rd
day of March, 2010.

_s/ *Brian Lavin*_____
NOTARY PUBLIC

Nazar Khodorovsky
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Ellise M. Marthmaller, Stepanie Sernau
FUJIFILM Holdings America Corp.
200 Summit Lake Dr.
Valhalla, NY 10595

Harris County c/o John P. Dillman
LineBarger, Goggan, Blair & Sampson, LLP
PO Box 3064
Houston, TX 77253-3064

Eileen Mezzo
Pitman Co.
721 Union Blvd.
Totowa, New Jersey 07512

Ross Riviere, CPA
Cole Systems Associates, Inc.
174 Hudson Street, 4 Floor th
New York, New York 10013

Daniel F. Flores, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10017

Frank Peretore, Esq., Janice Migliorise Peretore, Esq.
PERETORE & PERETORE, P.C.
191 Woodport Road
Sparta, New Jersey 07871

Kiu Phung
HQ Global Workplaces LLC
4040 Civic Center Dr., Ste. 200
San Rafael, CA 94903

Linda F. Cantor, Ellen M. Bender
Pachulski, Stangziehl & Jones LLP
10100 Santa Monica Ste. 1100
Los Angeles, CA 90067

Daniel A. Lowenthal, Kenneth L. Sankin, Brian P. Guiney
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710

Mary E. Seymour, Esq & Kenneth A. Rosen, Esq.
Lowenstein Sandler PC
65 Livingston Ave.
Roseland, NJ 07068

Richard M. Taylor
Lindenmeyr Munroe
115 Moonachie Ave.
Moonachie, New Jersey 07074

David L. Tillem, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10604

Larry D. Henin, Paul J. Labov
EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Avenue
New York, NY 10022

Attn: General Partner
624 S Lander LP
270 S Hanford St, Suite 205,
Seattle, WA 98134