**NUTOVIC & ASSOCIATES**
**ATTORNEYS AT LAW**
**488 MADISON AVENUE**
**16TH FLOOR**
**NEW YORK, NEW YORK 10022**

Telephone (212) 421-9100
Facsimile (212) 421-8618
E-mail: INutovic@Nutovic.com

April 1, 2010

Honorable Robert E. Gerber
United States Bankruptcy Judge
United States Bankruptcy Court
For the Southern District
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004-1408

Re: C2 Media, LLC, *et al* - 10-10783

Dear Judge Gerber:

In accordance with the Bidding Procedures in effect by virtue of the Order of this Court dated March 9, 2010, I advise the Court that the Auction scheduled for April 1, 2010 at 2:00 p.m. will not go forward because no Qualified Bids have been received by the Debtors.

Sincerely,

*s/Isaac Nutovic*
Isaac Nutovic