UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re

    **C2 MEDIA LLC,**   et al

                                           Debtors
---------------------------------------------------------x

Chapter 11

Case No. 10-10783 (reg)
(Jointly Administered)

# ORDER GRANTING DEBTORS' MOTION TO REJECT CERTAIN UNEXPIRED LEASES AND /OR EXECUTORY CONTRACTS PURSUANT TO SECTION 365(a) OF THE BANKRUPTCY CODE

Upon the Debtors' Motion to Reject Certain Unexpired Lease And/Or Executory Contracts Pursuant to Section 365(a) of the Bankruptcy Code (the "Motion") filed by C2 Media LLC, C2 Media, Inc., Keogh & Co., C2 Technology, Inc and C2 Media Canada Holdings LLC, the debtors and debtors-in-possession herein (together, the "Debtors") for entry of an order authorizing the Debtors to reject certain leases and executory agreements listed on Exhibit A to the Motion (the "Exhibit A Agreements"); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion will benefit the Debtors' estates, their creditors and all other parties in interest; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and upon the arguments and testimony presented at the hearing before the Court, and any objections to the Motion

having been withdrawn, resolved or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED** that:

1. The Motion is granted.

2. The Debtors' rejection of the Exhibit A Agreements is hereby approved.

3. The Debtors' rejection of the Exhibit A Agreements pursuant to section 365(a) of the Bankruptcy Code is an exercise of the Debtors' sound business judgment and is in the best interest of the Debtors' estates and creditors.

4. The Debtors' rejection of the Exhibit A Agreements shall be effective as of the date hereof.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

Dated: New York, New York
April 14, 2010

*s/ Robert E. Gerber*
United States Bankruptcy Judge